In the Matter of the Arbitration between P. J. CARLIN CONSTRUCTION COMPANY et al., Respondents, and BARTLEY BROS. CONSTRUCTION CORP., Appellant.

Argued April 23, 1953; decided May 28, 1953.

*Harry Kalman* and *Joseph Joffe* for appellant.

*Frederick W. Newton* for respondents.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.